JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL FREDERICK HESSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL FREDERICK HESSE, <br><br> Defendant. | No. 2:13-cr-72 JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> DATE: June 4, 2013 <br> TIME: 9:45 a.m. <br> JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MICHAEL D. ANDERSON, Assistant U.S. Attorney and defendant MICHAEL FREDERICK HESSE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for April 9, 2013 be continued to June 4, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 4, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 3, 2013                Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    /s/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL FREDERICK HESSE


DATED: April 3, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 4, 2013, shall be excluded from

computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the April 9, 2013 status conference shall be continued until June 4, 2013, at 9:45 a.m.

DATED: April 4, 2013 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge