DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13 CR 00072 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| vs. | |
| MICHAEL FREDERICK HESSE, | |
| Defendant | |

Plaintiff, United States of America, by and through its counsel of record, and the defendant MICHAEL FREDERICK HESSE, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 19, 2013.

2. By this stipulation, the defendants now move to continue the status conference until January 28, 2014 at 9:45 a.m, and to exclude time between November 19, 2013 and January 28, 2014 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defendant desire additional time to consult with his client regarding a resolution to this case.

STIP AND ORDER TO EXTEND TIME - 1

b. Counsel for the defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 19, 2013, to January 28, 2014, at 9:45 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date:  11-18-13                                             By:  /s/ Danny D. Brace, Jr.,
                                                                 DANNY D. BRACE, JR.,
                                                                 Attorney for
                                                                 Michael Frederick Hesse

Date: 11-18-13                By:/s/ Michael D. Anderson
                              Authorized to sign for Mr. Anderson
                              On November 18, 2013
                              Michael D. Anderson
                              Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Dated: 11/18/2013**

                /s/ John A. Mendez
                HON. JOHN A. MENDEZ